UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALICE LAZARUS HABER,

        Plaintiff,

   - against -

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK, METROPOLITAN
TRANSPORTATION AUTHORITY, LONG ISLAND
RAILROAD COMPANY and ABM INDUSTRIES
INC.,

        Defendants.
-----------------------------------------------------------------X

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant National Railroad Passenger Corporation d/b/a Amtrak certifies that the following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public:

        Amtrak, a corporation providing intercity passenger rail service,
        has no parent company. However, American Premiere
        Underwriters, Inc. and Burlington Northern Santa Fe Railroad
        Company own 10% or more of Amtrak's stock.

    These representations are made in order that the judges of this court may determine the need for recusal.

Dated:    New York, New York
           August 21, 2007

                            Respectfully submitted,

                            LANDMAN CORSI BALLAINE & FORD P.C.

              By: _____
                       Ronald E. Joseph (RJ9302)
                       Attorneys for Defendant Amtrak
                       120 Broadway, 27th Floor
                       New York, New York 10271-0079
                       (212) 238-4800

TO:  Daniel T. Leav (5145)
     LEAV & STEINBERG, LLP.
     Attorneys for Plaintiff
     120 Broadway, 18th Floor
     New York, NY 10271
     (212) 766-5222
     File No.: 051808

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**MIRIAM DEIKUN**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at QUEENS, NEW YORK.

That on the 21st day of August, 2007 deponent served the within **RULE 7.1 STATEMENT**

upon

> David T. Leav
> Leav & Steinberg, LLP
> 120 Broadway, 18th Floor
> New York, New York 10271

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
Miriam Deikun

Sworn to before me this
21st day of August, 2007

_____
Notary

JELENA BRIGIDA
Notary Public, State of New York
No. 01BR6156932
Qualified in Kings County
Commission Expires Dec. 4, 2010