# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 7060                                      Date Filed: 8/8/2007

Plaintiff:
**ALICE HABER**

vs.

Defendant:
**NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, et al.**

For:
Leav & Steinberg, LLP
120 Broadway
18th Floor
New York, NY 10271

Received these papers to be served on **LONG ISLAND RAILROAD COMPANY, located at Jamaica Station, 92-01 Sutphin Blvd., Jamaica, New York 11419, Claims Department**.

I, Vincent J. Mannetta, being duly sworn, depose and say that on the **15th day of August, 2007** at **10:35 am**, I:

Served the above named Entity by delivering a true copy of the **Civil Cover Sheet, Summons In A Civil Action & Verified Complaint** to Erin Harvey, Law Clerk, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 175, Hair: Blonde, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 16th day of August, 2007 by the affiant who is personally known to me

*Indira Santo*
Indira Santo
Notary Public, State of New York
No. 01SA6147530
Qualified in Queens County
Commission Expires 06/05/2010

Vincent J. Mannetta
1203246

Our Job Serial Number: 2007003371
Ref: 07 CV 7060

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 7060

Date Filed: 8/8/2007

Plaintiff:
**ALICE HABER**

vs.

Defendant:
**NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,**
**et al.**

For:
Leav & Steinberg, LLP
120 Broadway
18th Floor
New York, NY 10271

Received these papers to be served on **NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRACK, located at 400 West 31st Street, 4th Floor, New York, New York 10001**.

I, Vincent J. Mannetta, being duly sworn, depose and say that on the **14th day of August, 2007** at **8:55 am**, I:

Served the above named Entity by delivering a true copy of the **Civil Cover Sheet, Summons In A Civil Action & Verified Complaint** to Tom Pazsik, Claim Manager, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 56, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 165, Hair: Brown, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 15th day of August, 2007 by the affiant who is personally known to me.

Indira Santo
Notary Public, State of New York
No. 01SA6147530
Qualified in Queens County
Commission Expires 06/05/2010

Vincent J. Mannetta
1203246

Our Job Serial Number: 2007003368
Ref: 07 CV 7060

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 7060

Date Filed: 8/8/2007

Plaintiff:
**ALICE HABER**

vs.

Defendant:
**NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,
et al.**

For:
Leav & Steinberg, LLP
120 Broadway
18th Floor
New York, NY 10271

Received these papers to be served on **METROPOLITAN TRANSPORTATION AUTHORITY, located at 347 Madison Avenue, 19th Floor, New York, New York 10017.**

I, Vincent J. Mannetta, being duly sworn, depose and say that on the **13th day of August, 2007** at **1:00 pm, I:**

Served the above named Entity by delivering a true copy of the **Civil Cover Sheet, Summons In A Civil Action & Verified Complaint** to Maria Lavaglia, Paralegal, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Hispanic, Height: 5 Ft., Weight: 130, Hair: Black, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 14th day of August, 2007 by the affiant who is personally known to me

_Indira Santo_
Indira Santo
Notary Public, State of New York
No. 01SA6147530
Qualified in Queens County
Commission Expires 06/05/2010

_Vincent J. Mannetta_
Vincent J. Mannetta
1203246

Our Job Serial Number: 2007003369
Ref: 07 CV 7060

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j