## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CV 7060

Date Filed: 8/8/2007

Plaintiff:
**Alice Haber,**

vs.

Defendant:
**National Railroad Passenger Corporation d/b/a Amtrak , et. al.,**
**State of New York, County of Albany)ss.:**

Received by Court Support Inc. to be served on **ABM Industries, Inc.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **14th day of August, 2007** at **12:30 pm**, I:

Served the within named **CORPORATION** by delivering two true copies of the **Civil Cover Sheet, Summons in a Civil Action and Verified Complaint, pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Donna Christie as Business Document Specialist I of The New York State Department of State, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5' 4", Weight: 160, Hair: Blond, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 16th day of August, 2007 by the affiant who is personally known to me.

PATRICIA A. BURKE
NOTARY PUBLIC, State of New York
No. 4922372
Qualified in Albany County
Commission Expires Feb 28, 2010

J.R. O'Rourke
Process Server

Our Job Serial Number: 2007003186
Ref: 3373

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t