UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ALICE LAZARUS HABER,      Case No.: 07 CV 7060

        Plaintiff,      **STIPULATION OF DISCONTINUANCE**

      - against -

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK, METROPOLITAN
TRANSPORTATION AUTHORITY, LONG ISLAND
RAILROAD COMPANY and ABM INDUSTRIES
INC.,

        Defendants.
----------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the above-entitled action, as it pertains to defendant Metropolitan Transportation Authority ("MTA") be and the same hereby is discontinued without prejudice and without costs to either party as against the other.

Dated: New York, New York
       August 16, 2007

LEAV & STEINBERG, LLP.        LANDMAN CORSI BALLAINE & FORD P.C.

By: _____       By: _____
Daniel T. Leav (5145)                    Ronald E. Joseph (RJ9302)
Attorneys for Plaintiff                 Attorneys for Defendants
Alice Lazarus Haber                   National Railroad Passenger Corporation
120 Broadway, 18th Floor            d/b/a Amtrak, Metropolitan Transportation
New York, NY 10271                  Authority, Long Island Rail Road Company
(212) 766-5222                         120 Broadway, 27th Floor
                                            New York, New York 10271-0079
                                            (212) 238-4800

So Ordered:

_____
Naomi Rice Buchwald
USDJ    8/30/07

446595.1 DocsNY