UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALICE LAZARUS HABER,

        Plaintiff,

   - against -

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK, METROPOLITAN
TRANSPORTATION AUTHORITY, LONG ISLAND
RAILROAD COMPANY and ABM INDUSTRIES
INC.,

        Defendants.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Index No.: 07 CV 7060 (NRB)

    **PLEASE TAKE NOTICE** that on behalf of defendant National Railroad Passenger Corporation, d/b/a Amtrak, the undersigned attorney will appear as counsel of record.

    **PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendant should be served upon the undersigned.

Dated:    New York, New York
          October 15, 2007

Respectfully submitted,

**LANDMAN CORSI BALLAINE & FORD P.C.**

_____
Joel A. Padilla (JP 1414)
Attorneys for Defendant Amtrak
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

TO:    Daniel T. Leav, Esq.
       LEAV & STEINBERG, LLP.
       Attorneys for Plaintiff
       120 Broadway, 18th Floor
       New York, NY 10271
       (212) 766-5222

449876.1 DocsNY