## LANDMAN CORSI BALLAINE & FORD P.C.
A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

JOEL PADILLA
ASSOCIATE

TEL: (212) 393-7925
EMAIL: jpadilla@lcbf.com

120 BROADWAY
27TH FLOOR
NEW YORK, NY 10271-0079
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848

One Gateway Center
Newark, NJ 07102
Tel: (973) 623-2700

1617 JFK Boulevard
Philadelphia, PA 19103
Tel: (215) 561-8540

March 6, 2008

**VIA FACSIMILE**
Judge Naomi Reice Buchwald
United States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Alice Haber v. National Railroad Passenger Corp. (Amtrak), etc.
(07 CV 7060)

Dear Hon. Judge Buchwald:

We represent National Railroad Passenger Corporation d/b/a Amtrak, Metropolitan Transportation Authority, and Long Island Rail Road Company. On January 15, 2008, Your Honor extended discovery to February 29, 2008, and directed all parties to appear for a conference on March 11, 2008 at 4:30 p.m. On February 28, 2008, the parties agreed to conduct the deposition of defendant's witness on March 7, 2008. However, defendants' witness has become unavailable to appear for the previously scheduled deposition. The parties have agreed to conduct defendants' deposition on March 12, 2007.

In view of the foregoing, it is respectfully requested that the March 11, 2008, be adjourned and the discovery period be extended 21 days to March 21, 2008. I have spoken to plaintiff's counsel and they consent to this application.

Sincerely,

Joel A. Padilla (1414)

*The conference is adjourned until April 15, 2008 at 4:00.*

*So Ordered.*

3/7/08

cc: Daniel T. Leav, Esq.

457808.1 DocsNY



March 6, 2008
Page 2

        Leav & Steinberg, LLP
        120 Broadway, 18th Floor
        New York, NY 10271

457808.1 DocsNY