```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ALICE LAZARUS HABER,

        Plaintiff,

  - against -                      O R D E R

NATIONAL RAILROAD PASSENGER CORPORATION   07 Civ. 7060 (NRB)
d/b/a AMTRAK, METROPOLITAN TRANSPORTATION
AUTHORITY, LONG ISLAND RAILROAD COMPANY
and ABM INDUSTRIES, INC.,

        Defendants.
-------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 90 days.

Dated:    New York, New York
          July 31, 2008

                                        for NAOMI REICE BUCHWALD
                                           UNITED STATES DISTRICT JUDGE